UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILDA SANCHEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>ELIZABETH ANNOR, CHARLES K. ANNOR, UBER TECHNOLOGIES, INC., UBER USA, LLC, UBER EATS, PORTIER-NY, LLC, and RAISER-NY, LLC,<br><br>        Defendants. | No. 23-cv-2684 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  An initial status conference was scheduled in this matter for 2:00 p.m. today.  Only counsel for the Defendant Uber-entities appeared.  The parties shall confer and file a joint letter proposing alternative dates as to when the conference can be rescheduled.  Counsel are warned that if they do not comply with future orders, they risk being sanctioned.

SO ORDERED.

Dated: May 5, 2023
     New York, New York

                     Ronnie Abrams
                     United States District Judge