UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HILDA SANCHEZ,

                Plaintiff,

      -against-

ELIZABETH ANNOR, et al.,

                Defendants.

23-CV-02684 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

       In advance of the status conference set for tomorrow, September 8, 2023, at 3:00 p.m., the parties are hereby ORDERED to discuss the issue of settlement and good-faith settlement numbers with their respective clients. At the conference, the parties should be prepared to discuss settlement terms with each other. If the parties discuss settlement in advance of the conference and mutually believe that a settlement may be imminent, they may jointly call the Court and the conference will be adjourned.

       SO ORDERED.

Dated: September 7, 2023
      New York, New York

                                    ARUN SUBRAMANIAN
                                 United States District Judge