UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HILDA SANCHEZ,

                Plaintiff,

     -against-

ELIZABETH ANNOR, et al.,

                Defendants.

23-CV-02684 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

     Per this Court's order at Dkt. 30, this case has already been dismissed. As such, no further action by the Court or parties is necessary, and the Court will not endorse the parties' stipulation at Dkt. 31.

     SO ORDERED.

Dated: March 4, 2024
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge